UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

KOY ROBINSON,

        Plaintiff,

    -against-

THE CITY OF NEW YORK,

        Defendant.

---------------------------------------------------------------



ECF CASE
COMPLAINT
PLAINTIFF DEMANDS
A JURY TRIAL

**05 CIV. 7512**

**JUDGE CROTTY**

Plaintiff KOY ROBINSON, by his attorneys, GOODSTEIN & WEST, ESQS.,

complaining of defendant THE CITY OF NEW YORK (hereinafter "NYC"), alleges as follows:

    1.      This is an action for compensatory and punitive damages on behalf of

plaintiff.  This suit is authorized pursuant to  Title VII of the Civil Rights Act of 1964 (42 USC

§2000e et seq.), the New York State Human Rights Law (NYS Executive Law §290 et seq.) and

the New York City Human Rights Law Local Law 59 of 1986 as amended by Local Rule 39 of

1991 §8-107.

    Jurisdiction of this court is invoked pursuant to 42 USC §2000 e-5, 28 USC §§1331,

1343 and under the principle of pendent jurisdiction.  Jurisdiction of this court is invoked to

secure protection of, and redress deprivation of, rights secured by Title VII of the Civil Rights

Act of 1964 (42 USC §2000e et seq.), providing for equitable and legal relief against

discrimination in employment, because of race, and/or color; and both New York State Executive

Law §290 et seq. (Human Rights Law) and the New York City Human Rights Law Local Law 59

of 1986 as amended by Local Rule 39 0f 1991 §8-107,  prohibiting discrimination in

employment, because of race and/or color.